DAVID B. ISERMAN, *as sole Executor, etc., of* JAMES ISERMAN, *Deceased, Respondent, v.* TUNIS D. SEAMAN, *as Administrator, etc., of* JANE ISERMAN, *Deceased, Appellant.* — Order granting injunction reversed, with costs and disbursements. Opinion by BARNARD, P. J. DYKMAN, J., not sitting.

THOMAS H. BOWLES, *by Guardian, Respondent, v.* FREDERICK HABERMANN, *Appellant.* — Judgment affirmed, with costs. Opinion by DYKMAN, J.